THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Dominique J.
 Shannon, Petitioner,
 v.
 State of South
 Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Florence County
John M. Milling, Plea JudgeMichael G. Nettles, Post-Conviction Judge

Memorandum Opinion
No.  2010-MO-023
Submitted September 23, 2010  Filed
September 27, 2010

AFFIRMED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, South Carolina
 Commission on Indigent Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, and Assistant Attorney General Julie M. Thames,
 all of the Office of the Attorney General, of Columbia, for Respondent.

 
 

PER CURIAM:  Petitioner
 pled guilty to trafficking in
 cocaine, between 28 and 100 grams, second offense.  No direct appeal was taken,
 but an application for post-conviction relief (PCR) was filed.  After a hearing,
 the circuit court denied relief, and counsel for petitioner filed a petition
 for a writ of certiorari and a motion to be relieved as counsel pursuant to Johnson
 v. State, 294 S.C. 310, 364 S.E.2d 201 (1988).  The motion to relieve
 counsel was denied, and the Court ordered the parties to address whether the
 circuit court erred in finding petitioner was not entitled to a belated review
 of his direct appeal issue.
Subsequently, the Court granted the petition for a writ of
 certiorari, dispensed with further briefing, and ordered the parties to brief
 the direct appeal issue set forth in the petition for a writ of certiorari
 pursuant to White v. State, 263 S.C. 110, 208 S.E.2d 35 (1974), and Rule
 243(i)(2), SCACR.       
Counsel for petitioner has now filed a brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and a petition to be relieved as
 counsel.  Petitioner has filed a pro se response.  After a
 thorough review of the issue set forth in the Anders brief, petitioner's pro se response, and the record, we find no issues of merit. 
 Accordingly, petitioner's conviction and sentence are affirmed and counsel's
 motion to be relieved is granted.
AFFIRMED.  
TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.